1  MELINDA HAAG (CABN 132612)
    United States Attorney
2
    DAVID R. CALLAWAY (CABN 121782)
3   Chief, Criminal Division

4   AARON D. WEGNER (CABN 243809)
    Assistant United States Attorney
5       1301 Clay St., 3rd Floor
        Oakland, California 94612
6       Telephone: (510) 637-3740
        Fax: (510) 637-3724
7       E-Mail: aaron.wegner@usdoj.gov

8   Attorneys for the United States of America

9

10

11                  UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                           OAKLAND DIVISION

14  UNITED STATES OF AMERICA,        ) NO. CR-15-119 PJH
                                     )
15         Plaintiff,                 ) **ORDER DETAINING DEFENDANT**
                                     ) **LESHAWN LAWSON**
16      v.                            )
                                     )
17  LESHAWN LAWSON,                   )
                                     )
18         Defendant.                 )
                                     )
19

20      Defendant LeShawn Lawson is charged with possession with intent to distribute cocaine in

21  violation of 21 U.S.C. 841(a)(1). The maximum penalty for the offense alleged in the Indictment is life

22  in prison.

23      On February 12, 2015, the United States moved for Lawson's detention as a flight risk and as a

24  danger to the community pursuant to 18 U.S.C. § 3142. The Magistrate Court set the matter for a

25  detention hearing on February 20, 2015, pursuant to 18 U.S.C. § 3142(f)(1)(C) (requiring a detention

26  hearing for a felony involving controlled substances).

27      In preparation for the detention hearing, Pretrial Services prepared a bail report and

28  recommended that Lawson be detained as a danger to the community. The bail report noted Lawson's

DETENTION ORDER

1 prior criminal history, which included at least twenty felony convictions.

2 On February 20, 2015, following a hearing pursuant to 18 U.S.C. § 3142(f), and considering the bail report, the alleged offense conduct in this case, and the factors set forth in 18 U.S.C. § 3142(g), the Court ordered defendant detained, as no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure the safety of any other person and the community or mitigate the risk of flight. See 18 U.S.C. § 3142(e) and (f).

Accordingly, **IT IS HEREBY ORDERED** that Lawson be detained as no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure the safety of any other person and the community and because there is a risk that he may flee.

At the hearing on February 20, 2015, the government also moved to exclude time under the Speedy Trial Act from that date until February 25, 2015, because voluminous discovery was being provided and the defense needed time to review that information. The defendant objected to the exclusion.

For the reasons stated on the record, **IT IS FURTHER ORDERED THAT** an exclusion of time is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: 2/27/2015

_____
HON. DONNA M. RYU
United States Magistrate Judge

DETENTION ORDER