UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LESHAWN LAWSON,<br>Defendant. | Case No. 15-cr-00119-PJH-1<br><br>**ORDER DENYING MOTION TO QUASH SUBPOENA AS MOOT**<br>Re: Dkt. No. 87 |

On May 25, 2016, defendant LeShawn Lawson filed a motion to quash a subpoena issued to his wife, Margie Lawson. Dkt. 87. Among other reasons, Mr. Lawson objects to the subpoena on the basis of marital privilege. On May 26, 2016, the government responded, indicating that it has withdrawn the grand jury subpoena directed at Mrs. Lawson, "given the representation that Mrs. Lawson intends to invoke her privilege if called to testify." Dkt. 92.

As a result of the government's action, the motion to quash the grand jury subpoena is moot. If the government seeks to call Mrs. Lawson as a witness at trial, despite the indication that she intends to invoke her spousal testimonial privilege, the matter can be addressed in a motion in limine.

Accordingly, the defendant's motion is DENIED as moot. The hearing currently scheduled for June 1, 2016 is VACATED.

**IT IS SO ORDERED.**

Dated: May 27, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge