UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LESHAWN LAWSON,<br><br>Defendant/Movant. | Case No. 4:15-cr-00119-PJH<br><br>**JUDGMENT FOR 28 U.S.C. § 2255 PROCEEDINGS** |

Pursuant to the Order signed today denying the motion to vacate, set aside or correct the sentence pursuant to 28 U.S.C. § 2255, judgment is entered in favor of the government and against defendant/movant.  Defendant/movant shall obtain no relief by way of the § 2255 motion.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  October 26, 2020

　　　　　　　　　　　　　　　　　　　　/s/ Phyllis J. Hamilton　　　　
PHYLLIS J. HAMILTON
United States District Judge

Rev. 09-18