1
2
3
4             UNITED STATES DISTRICT COURT
5            NORTHERN DISTRICT OF CALIFORNIA
6
7    UNITED STATES OF AMERICA,
8                   Plaintiff,                    Case No.  15-cr-00119-PJH-1
9            v.                                   **ORDER SETTING BRIEFING
                                                  SCHEDULE ON MOTION FOR
10   LESHAWN LAWSON,                              COMPASSIONATE RELEASE**
11                  Defendant.                    Re: Dkt. No. 173
12
13

14        The defendant in the above-captioned case has filed a pro se motion for

15   compassionate release.  See Dkt. 173.  Pursuant to this court's Miscellaneous Order

16   2019.01.25, defendant's motion was referred to the Federal Public Defender, who had

17   "21 days to decide whether to assume representation of the defendant."  More than 21

18   days have now passed, and the FPD has not assumed representation.

19        There is no Sixth Amendment right to counsel with respect to a motion under 18

20   U.S.C. § 3582(c).  United States v. Townsend, 98 F.3d 510, 512-513 (9th Cir. 1996). Nor

21   is there a statutory right to counsel in connection with a motion brought under 18 U.S.C.

22   § 3582(c).  "A person for whom counsel is appointed shall be represented at every stage

23   of the proceedings from his initial appearance ... through appeal, including ancillary

24   matters appropriate to the proceedings."  18 U.S.C. 3006A(c).  A motion brought under

25   18 U.S.C. § 3582(c) does not constitute an "ancillary matter[ ]" requiring counsel to be

26   appointed.  See, e.g., United States v. Whitebird, 55 F.3d 1007 (5th Cir. 1995).

27   Because defendant is not entitled to appointed counsel for purposes of filing a

28   motion brought under 18 U.S.C. § 3582(c), the court will allow defendant's pro se motion

to go forward.

The government has already filed an opposition to defendant's motion.  <u>See</u> Dkt. 178.  The court sets the following further briefing deadlines on defendant's motion for reduction of sentence: the Probation Office shall file a response by November 1, 2021, and defendant may file a reply brief by November 8, 2021.  The motion will thereafter be submitted on the papers.

**IT IS SO ORDERED.**

Dated:  October 18, 2021

_____/s/ _Phyllis J. Hamilton_____
PHYLLIS J. HAMILTON
United States District Judge

United States District Court
Northern District of California